| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER |
|---|
| Dale K. Galipo, Esq.<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Ste. 310<br>Woodland, California 91367<br>(818) 347-3333- Telephone<br>(818) 347-4118- Facsimile<br>ATTORNEYS FOR: Noreen Salinas |

ADR

**Filed**

MAY 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Noreen Salinas | CASE NUMBER |
|---|---|
| v.         Plaintiff(s), | C08 02625 RS |
| City of San Jose, Chief Robert Davis, Taser International, Inc., and DOES 1 to 10, inclusive             Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

**BY FAX**

The undersigned, counsel of record for  Noreen Salinas
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| Noreen Salinas | Plaintiff |
| City of San Jose | Defendant |
| Chief Robert Davis | Defendant |
| Taser International, Inc. | Defendant |

May 20, 2008
Date

Sign
Dale K. Galipo, Esq.

Attorney of record for or party appearing in pro per
Noreen Salinas

CV-30 (12/03)          **NOTICE OF INTERESTED PARTIES**          CCDCV30