LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
(818) 347-3333- Telephone
(818) 347-4118- Facsimile



ADR
E-FILING

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN SALINAS<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, CHIEF ROBERT DAVIS, TASER INTERNATIONAL, INC. and DOES 1 to 10, inclusive<br><br>Defendants. | Case Number: C08 02625 RS<br><br>SUMMONS |

TO:   THE ABOVE-NAMED DEFENDANTS (S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney _____Dale K. Galipo, Esq. (SBN 144074)_____, whose address is:

Law Offices of Dale K. Galipo
21800 Burbankd Blvd., Ste. 310
Woodland Hills, California 91367

An answer to the ☐ complaint   ☒ First amended complaint   ☐ counterclaim   ☐ cross-claim
Which is herewith served upon you within _____20_____ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U.S. DISTRICT COURT

Date:   MAY 2 3 2008

By: _Tiffany Salinas-Harwell_____
   Deputy Clerk

(Seal of the Court)

**SUMMONS**

CONFORMS WITH JUDICIAL CONCIL FORM # CV-1A (01/01)