| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Dale K. Galipo, 144074<br>LAW OFFICES OF DALE K. GALIPO<br>21800 BURBANK BLVD STE 310<br>WOODLAND HILLS, CA 91367-6479<br>ATTORNEY FOR (Name): Plaintiff | (818) 347-3333<br><br>Ref. No. or File No.<br>Salinas | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF: Salinas

DEFENDANT: City of San Jose, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV | CASE NUMBER:<br>C08 02625 RS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Certificate and Notice of Interested Parties, Order setting Initial Case Management Conference and ADR Deadlines, Standing Order for All Judges of the Northern District of California, Standing Order Regarding Case Management in Civil Cases

2. Party Served:         City of San Jose

3. Person Served:        Michelle Radcliffe, Deputy City Clerk - Person authorized to accept service of process

4. Date & Time of Delivery:   7/30/2008       5:30 PM

5. Address, City and State:   200 East Santa Clara Street
                              San Jose, CA 95113

6. Manner of Service:    Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 59.00

Registered California process server.
County: ALAMEDA
Registration No.: 1050

Wantaregh -
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 8/5/2008 at Oakland, California.

Signature: _Wantaregh_

Wantaregh -

FF# 6667271