DALE K. GALIPO, Attorney at Law (#144074)
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Ste. 310
Woodland Hills, California 91367
Telephone Number: (818) 347-3333
Facsimile Number: (818) 347-4118
E-Mail Address: dalekgalipo@yahoo.com

Attorney for Plaintiff,
NOREEN SALINAS


RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Sr. Deputy City Attorney (#122612)
MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE and ROBERT DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NOREEN SALINAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, CHIEF ROBERT DAVIS, TASER INTERNATIONAL, INC., and DOES 1 TO 10, inclusive,<br><br>        Defendants. | Case Number: C08-02625 RS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING INITIAL CASE MANAGEMENT SCHEDULE** |

Plaintiff in the above-entitled action, Noreen Salinas, and Defendants City of San Jose and Chief Robert Davis hereby stipulate to a partial modification of the Court's Order setting Initial Case Management Conference and ADR deadlines in this matter, filed on May 23, 2008. These parties request that the Court adopt this Stipulation and enter an Order thereon.

1  These parties stipulate that the deadline to meet and confer re: initial disclosures, early
2  settlement, ADR process selection, and discovery plan as well as the deadline to file a Joint
3  ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone
4  Conference be extended by one (1) week from the date set forth in the Court's Order, to
5  August 27, 2008.

6  In support of this Stipulation, the parties submit that the San Jose City Attorney's Office
7  has recently been assigned the defense of Defendants City of San Jose and Chief Robert
8  Davis and is still in the process of reviewing and evaluating the Complaint in this matter, and
9  compiling documents and other related materials. In addition, the parties have stipulated that
10 these Defendants shall file a responsive pleading to the Plaintiff's Complaint no later than
11 August 29, 2008.

Respectfully submitted,

Dated: August 19, 2008

By: _____/S/_____
     DALE K. GALIPO
     Attorney at Law

Attorney for Plaintiff,
NOREEN SALINAS

Dated: August 20, 2008              RICHARD DOYLE, City Attorney

By: _____/S/_____
     MICHAEL J. DODSON
     Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE and ROBERT DAVIS

25 / / / / /
26 / / / / /
27 / / / / /
28 / / / / /

- 2 -

1  These parties stipulate that the deadline to meet and confer re: initial disclosures, early
2  settlement, ADR process selection, and discovery plan as well as the deadline to file a Joint
3  ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone
4  Conference be extended by one (1) week from the date set forth in the Court's Order, to
5  August 27, 2008.
6  In support of this Stipulation, the parties submit that the San Jose City Attorney's Office
7  has recently been assigned the defense of Defendants City of San Jose and Chief Robert
8  Davis and is still in the process of reviewing and evaluating the Complaint in this matter, and
9  compiling documents and other related materials. In addition, the parties have stipulated that
10 these Defendants shall file a responsive pleading to the Plaintiff's Complaint no later than
11 August 29, 2008.

Respectfully submitted,

Dated: August 19, 2008

By: /s/ DALE K. GALIPO
Attorney at Law

Attorney for Plaintiff,
NOREEN SALINAS

Dated: August ____, 2008

RICHARD DOYLE, City Attorney

By: _____
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE and ROBERT DAVIS

25 /////
26 /////
27 /////
28 /////

- 2 -

STIPULATION AND [PROPOSED] ORDER MODIFYING
INITIAL CASE MANAGEMENT SCHEDULE

C08-02625 RS
500873.doc

## ORDER

Pursuant to the Stipulation of Plaintiff Noreen Salinas and Defendants City of San Jose and Chief Robert Davis,

**IT IS HEREBY ORDERED** that the deadline for these parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan as well as the deadline to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference be extended by one (1) week from the date set forth in the Court's Order, to August 27, 2008.

Dated: _____     _____
RICHARD SEEBORG
United States Magistrate Judge