UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Noreen Salinas

           Plaintiff(s),

v.

City of San Jose, Chief Robert Davis,
Taser International, Inc., et al.
           Defendant(s).
_____/

Case No. C08-02625 RS

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/27/08

/S/
[Party] Defendant City of San Jose and Robert Davis

Dated: 8/27/08

/S/
[Counsel] Michael J. Dodson, Esq.

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05