UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Noreen Salinas

Plaintiff(s),

v.

City of San Jose, Chief Robert Davis, Taser International, Inc., et al.

Defendant(s).
_____/

CASE NO. C08-02625 RS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process

✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  September 10, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Dale Galipo | Plaintiff | (818) 347-3333 | dalekgalipo@yahoo.com |
| Cliff Greenberg | Defendants, City of San Jose | (408) 535-1910 | cliff.greenberg@sanjoseca.gov |
| Michael J. Dodson | and Chief Robert Davis | (408) 535-1902 | michael.dodson@sanjoseca.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/27/08

/S/
Attorney for Plaintiff

Dated: 8/27/08

/S/
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."