DALE K. GALIPO, Attorney at Law (#144074)
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Ste. 310
Woodland Hills, California  91367
Telephone Number:  (818) 347-3333
Facsimile Number:  (818) 347-4118
E-Mail Address:  dalekgalipo@yahoo.com

Attorney for Plaintiff NOREEN SALINAS

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Sr. Deputy City Attorney (#122612)
MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE and ROBERT DAVIS

TIMOTHY KRAL (#200919)
Manning & Marder, Kass, Ellrod, Ramirez LLP
660 S. Figueroa Street, 23rd Floor
Los Angeles, CA  90017
Telephone Number:  (213) 624-6900
Facsimile Number: (213( 624-6999
E-Mail Address: tjk@mmker.com

Attorneys for TASER INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NOREEN SALINAS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, CHIEF ROBERT DAVIS, TASER INTERNATIONAL, INC., and DOES 1 TO 10, inclusive,<br><br>  Defendants. | Case Number: C08-02625 RS<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER MODIFYING INITIAL CASE MANAGEMENT SCHEDULE** |

Plaintiff in the above-entitled action, Noreen Salinas, and Defendants City of San Jose, Chief Robert Davis, and Taser International, Inc., hereby stipulate to a partial modification of the Court's Order setting Initial Case Management Conference and ADR deadlines in this matter, filed on May 23, 2008. These parties request that the Court adopt this Stipulation and enter an Order thereon.

These parties stipulate that the Initial Case Management Conference in this matter be rescheduled to October 15, 2008, at 2:30 p.m., and that the last day to file a Case Management Statement be continued to October 8, 2008. The parties further stipulate that their last day to file a Rule 26(f) report, complete disclosures, or state objection in Rule 26(f) report be extended to a date which is mutually convenient to all counsel, but in no event later than 14 days following the Initial Case Management Conference.

In support of this stipulation, the parties submit that counsel for Defendant Taser International, Inc., has been assigned the defense of that Defendant and is still in the process of reviewing and evaluating the complaint in this matter. In addition, the parties seek additional time to jointly discuss this case in order to prepare a meaningful Case Management Statement.

Respectfully submitted,

Dated: September 3, 2008.

By: _____/S/_____
DALE K. GALIPO
Attorney at Law

Attorney for Plaintiff NOREEN SALINAS

Dated: September 3, 2008

RICHARD DOYLE, City Attorney

By: _____/S/_____
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorneys for Defendants
CITY OF SAN JOSE and ROBERT DAVIS

| | |
|---|---|
| Dated: September 3, 2008 | MANNING & MARDER, KASS, ELLROD, RAMIREZ, LLP |
| | By: _____/S/_____ |
| | TIMOTHY J. KRAL |
| | |
| | Attorneys for Defendant |
| | TASER INTERNATIONAL, INC. |

## ORDER

Pursuant to the Stipulation of Plaintiff Noreen Salinas and Defendants City of San José, Chief Robert Davis, and Taser International, Inc.:

**IT IS HEREBY ORDERED** that the Initial Case Management Conference in this matter is rescheduled to October 15, 2008, at 2:30 p.m., and that the last day to file a Case Management Statement is continued to October 8, 2008.

**IT IS FURTHER ORDERED** that the last day for the parties to file a Rule 26(f) report, complete disclosures, or state objection in Rule 26(f) report be extended to a date which is mutually convenient to all counsel, but shall not be later than 14 days following the Initial Case Management Conference.

Dated: _____    _____
                                  RICHARD SEEBORG
                                  United States Magistrate Judge