**\*E-FILED 9/4/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN SALINAS, | No. C 08-02625 RS |
| Plaintiff, | **ORDER CONTINUING** |
| v. | **CASE MANAGEMENT CONFERENCE** |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

Pursuant to the Stipulation of Plaintiff Noreen Salinas and Defendants City of San Jose, Chief Robert Davis, and Taser International, Inc:

**IT IS HEREBY ORDERED THAT:**

1. The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **October 8, 2008**.

2. The Initial Case Management Conference in this matter is rescheduled to **October 29, 2008 at 2:30 p.m.** The last day to file a Case Management Statement is continued to October 22, 2008.

3. The last day for the parties to file a Rule 26(f) report, complete disclosures, or state objection in Rule 26(f) report be extended to a date which is mutually convenient to all counsel, but shall not be later than 14 days following the Initial Case Management Conference.

Dated: 9/4/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Dale Kristopher Galipo    dalekgalipo@yahoo.com

Michael J. Dodson    cao.main@sanjoseca.gov

Mildred Katherine O'Linn    mko@mmker.com, fsp@mmker.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 9/4/08

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2