LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 - Telephone
(818) 347-4118 - Facsimile
E-Mail: dalekgalipo@yahoo.com

*E-FILED 10/22/08*

Attorney for Plaintiff, NOREEN SALINAS

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN SALINAS, | CASE NO. :   C08-02625 RS |
| Plaintiff, | [~~PROPOSED~~] **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF SAN JOSE, CHIEF ROBERT DAVIS, TASER INTERNATIONAL, INC. and DOES 1 to 10, Inclusive, | Date: October 29, 2008 |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

///

///

1

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Case Management Conference of this matter currently scheduled for October 29, 2008 be continued until December 3, 2008.

Dated: October 27, 2008

_____
UNITED STATES MAGISTRATE JUDGE
Richard Seeborg

[Proposed] Order to Continue Case Management Conference