LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 - Telephone
(818) 347-4118 - Facsimile
E-Mail: dalekgalipo@yahoo.com

*E-FILED 2/6/09*

Attorney for Plaintiff, NOREEN SALINAS

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN SALINAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, CHIEF ROBERT DAVIS, TASER INTERNATIONAL, INC. and DOES 1 to 10, Inclusive,<br><br>        Defendants. | CASE NO. :   C08-02625 RS<br><br>**[PROPOSED] ORDER RE: STIPULATION RE FILING PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**GOOD CAUSE APPEARING, AND BASED UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED,** that the Plaintiff be permitted to file a First Amended Complaint to include defendants

1

Officer Barry Chikayasu, Sgt. Michael McLaren, Sgt. Jason Woodall and Officer Roderick Smith.

Dated: February 6, 2009

_____
RICHARD SEEBORG
U.S. Magistrate Judge