LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 - Telephone
(818) 347-4118 - Facsimile
dalekgalipo@yahoo.com

*E-Filed 8/13/09*

Attorney for Plaintiff, NOREEN SALINAS

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN SALINAS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, CHIEF ROBERT DAVIS, TASER INTERNATIONAL, INC. and DOES 1 to 10, Inclusive,<br><br>Defendants. | CASE NO. : C08-02625 RS<br><br>[PROPOSED] ORDER RE STIPULATION TO EXTEND DISCOVERY CUT OFF DATE |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Discovery Cut Off of this matter currently scheduled for August 28, 2008 be continued

1

until September 28, 2009.

Dated: August __12__, 2009  _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE