**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOREEN SALINAS, et. al.,<br><br>        Plaintiff(s),<br>    v.<br><br>CITY OF SAN JOSE, et. al.,<br><br>        Defendant(s). | CASE NO. 5:09-cv-04410 EJD<br><br>**ORDER RE: AMENDED JOINT PRELIMINARY PRETRIAL CONFERENCE STATEMENT**<br><br>[Docket Item No. 70] |

In anticipation of the Preliminary Pretrial Conference on October 14, 2011, the parties filed a Joint Preliminary Pretrial Conference Statement on September 30, 2011 ("Joint Statement"). See Docket Item No. 70. As part of the Joint Statement, the parties were obligated pursuant to this court's Standing Order to provide "proposed dates for the Final Pretrial Conference and Trial." See Standing Order re: Preliminary and Final Pretrial Conferences and Trial Preparation in Civil Cases, at § I(B).

In its current form, the Joint Statement submitted by the parties does not comply with the Standing Order. Indeed, in the section entitled "Scheduling," the parties merely listed a series of dates when counsel is engaged in other proceedings. Notwithstanding the fact this listing does not provide dates for a Final Pretrial Conference and Trial as required, the list occupies three paragraphs, exceeds one page in length, and is frankly unintelligible. This court cannot sort through the many dates upon which counsel is unavailable and determine when all parties can be present for trial. The parties must accomplish this task on their own before as the Standing Order requires, and

must do so *before* appearing at a Preliminary Pretrial Conference.

Accordingly, the court orders as follows:

1. **No later than 4:00 p.m. on Wednesday, October 12, 2011**, the parties shall file an Amended Joint Preliminary Pretrial Conference Statement which complies with this court's Standing Order by, inter alia, proposing dates on which all parties are available for a Final Preliminary Pretrial Conference and Trial.

2. If such Amended Statement is not filed as directed above, the court will vacate the Preliminary Pretrial Conference and will not reschedule such conference unless and until the parties file an Amended Statement which complies with this Order.

**IT IS SO ORDERED.**

Dated:  October 11, 2011

EDWARD J. DAVILA
United States District Judge

2
CASE NO. 5:09-cv-04410 EJD
ORDER RE: AMENDED JOINT PRELIMINARY PRETRIAL CONFERENCE STATEMENT